## BURTHE v. LEE et al.*
### No. 14689.

Court of Appeal of Louisiana. Orleans.
Feb. 12, 1934.

For former opinion, see 152 So. 100.

Hugh M. Wilkinson, A. Miles Coe, Fred W. Oser, and Harry Nowalsky, all of New Orleans, for appellants.

Leslie P. Beard and Chester A. Peyronnin, both of New Orleans, for appellee.

PER CURIAM.

In an application for rehearing counsel for plaintiff, appellee, calls our attention to the fact that in our opinion we incorrectly stated that after the impact plaintiff's automobile turned over.

Even though the car did not turn over, we are well convinced that plaintiff drove it into the intersection and into the path of the on-coming taxicab without looking and at too high a speed.

The rehearing is refused.